UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNITED STATES for use of PLATEAU ELECTRICAL CONSTRUCTORS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>ATKINSON-DILLINGHAM-LANE, J.V., an Illinois Corporation, LANE CONSTRUCTION CORPORATION, a Connecticut Corporation, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Missouri Corporation, AMERICAN HOME ASSURANCE COMPANY, a New York Corporation, FIREMAN'S FUND INSURANCE COMPANY, a California Corporation, SEABOARD SURETY COMPANY, a New York Corporation, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation<br><br>    Defendants. | Case No. 4:04-cv-4115-JPG |

## MEMORANDUM AND ORDER

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (Doc. 41) pursuant to Federal Rule of Civil Procedure 41(a)(1) signed by all parties who have appeared in this case.  Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED**:
**DATED:  June 21, 2005**

                                                               s/ J. Phil Gilbert
                                                               **U.S. District Court Judge**