UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNITED STATES for use of PLATEAU ELECTRICAL CONSTRUCTORS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>ATKINSON-DILLINGHAM-LANE, J.V., an Illinois Corporation, LANE CONSTRUCTION CORPORATION, a Connecticut Corporation, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Missouri Corporation, AMERICAN HOME ASSURANCE COMPANY, a New York Corporation, FIREMAN'S FUND INSURANCE COMPANY, a California Corporation, SEABOARD SURETY COMPANY, a New York Corporation, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation<br><br>    Defendants. | Case No. 4:04-cv-4115-JPG |

## JUDGMENT

This matter having come before the Court, and the parties having stipulated to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

NORBERT JAWORSKI

Dated:  June 21, 2005                              by:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**